1 **VICTOR N. PIPPINS**
California State Bar No. 251953
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone No. (619) 234-8467
4 Email: Victor_Pippins@fd.org

5 Attorneys for Defendant

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ1057 |
| 11 Plaintiff, | ) ) | |
| | ) | **NOTICE OF APPEARANCE** |
| 12 v. | ) ) | |
| 13 SAMUEL RUIZ-RUIZ, | ) ) | |
| 14 Defendant. | ) ) | |
| 15 | ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as attorney in the above-captioned case.

                                    Respectfully submitted,

Dated: April 10, 2008              */s/ Victor N. Pippins*
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant
                                    Victor_Pippins@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  April 10, 2008                                  /s/ *Victor N. Pippins*
                                                        Federal Defenders of San Diego, Inc.
                                                        225 Broadway, Suite 900
                                                        San Diego, CA  92101-5030
                                                        (619) 234-8467  (tel)
                                                        (619) 687-2666  (fax)
                                                        Victor_Pippins@fd.org email